FILED

DEC 4  3 31 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, Administrator<br>of the ESTATE OF FALAN FOX<br><br>VS.<br><br>RICKY SMOLICZ, Individually and in his<br>official capacity, SHELLEY NARDOZZI,<br>Individually and in her official capacity;<br>DENNIS CLISHAM, Individually and in<br>his official capacity; and the BOROUGH<br>OF NAUGATUCK | CIVIL ACTION NO.<br>302CV01202 GLG<br><br><br><br>DECEMBER 2, 2003 |

### MOTION TO MODIFY AND EXTEND SCHEDULING
### SET FORTH IN RULE 26(f) REPORT

The plaintiff, Mark Fox, Administrator, hereby moves on behalf of all parties to extend the scheduling as set forth in the Rule 26(f) Report of Parties Planning Meeting dated March 18, 2003, as modified pursuant to the Orders of the Court with respect to the Motions to Modify and Extend Scheduling Re: Rule 26(f) Report dated August 22, 2003 and September 4, 2003.

The reason for the requested modification and extension of the scheduling is that there are a number of outstanding Interrogatories and Request for Production that have

been propounded by the various parties which have been objected to in part, and which will require resolution before deposition discovery can be conducted. The parties are seeking a conference with Magistrate Judge Holly Fitzsimmons for the purpose of resolving discovery objections, and were given dated in the second and third weeks in December. In addition, there will need to be some flexibility in the scheduling of deposition due to the number of counsel. Accordingly, all counsel have agreed to extend the scheduling by an additional sixty days. This is the third request to modify the Rule 26(f) Report dated March 18, 2003. It is therefore requested that scheduling be extended as follows:

1. All discovery will commence by January 1, 2003 and be completed (not propounded) by November 1, 2004.

2. Plaintiff will disclose his experts by May 1, 2004. Depositions of any such experts will be completed by July 1, 2004.

3. The defendants will disclose their experts by July 1, 2004. Depositions of any such experts will be completed by September 1, 2004.

4. Apportionment defendants shall disclose their experts by September 1, 2004. Depositions of any such experts will be completed by November 1, 2004.

5. Dispositive Motions, including Motions for Summary Judgment and/or Motions for Judgment on the pleadings will be filed on or before November 30, 2004, if no dispositive Motions are filed, or sixty (60) days after a decision is rendered on any dispositive Motion, whichever is later.

6. The case will be ready for trial by December 15, 2004 or sixty (60) days after a decision is rendered on any dispositive Motion, whichever is later.

WHEREFORE, it is respectfully requested that the Court grant this Motion to Modify and Extend the Scheduling as set forth above.

>RESPECTFULLY SUBMITTED
>THE PLAINTIFF,
>Mark Fox, Administrator of the Estate of Falan Fox
>
>By _____
>William P. Yelenak, Esq.  (CT 05491)
>Garrett M. Moore. Esq. (05673)
>Moore, O'Brien, Jacques & Yelenak
>700 West Johnson Avenue, Suite 207
>Cheshire, CT 06410-1135
>Telephone: (203) 272-5881

## **ORDER**

The foregoing Motion, having been duly considered, it is hereby granted.

_____
U.S.D.J.

4

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 2, 2003 to

Edward W. Mayer, Jr., Esq.,
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
111 South Main Street
Wallingford, Connecticut, 06492

Edward G. Fitzpatrick, Esq.,
Fitzpatrick & Mariano
203 Church Street
Naugatuck, Connecticut 06770

Scott Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Ten Columbus Blvd.
Hartford, CT 06106-5123

Peter Clark, Esquire
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

By_____
William P. Yelenak

5