**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
----------------------------------------X
MARK FOX, Administrator of the          :
ESTATE OF FALAN FOX,                    :
                                        :
            Plaintiff,                  :            <u>ORDER</u>
                                        :
      -against-                         :
                                        :      **3: 02 CV 1202 (GLG)**
RICKY SMOLICZ, individually and in his  :
official capacity; SHELLEY NARDOZZI,    :
individually and in her official        :
capacity; DENNIS CLISHAM, individually  :
and in his official capacity; and the   :
BOROUGH OF NAUGATUCK,                    :
                                        :
            Defendants.                 :
----------------------------------------X

     The Plaintiff's motion to modify and extend scheduling set

forth in the Rule 26(f) Report [Doc. # 101] is hereby **Granted.**

     The deadlines will be extended as follows:

     1.   All discovery will commence by January 1, 2004 and be
completed by November 1, 2004.

     2.   Plaintiff will disclose his experts by May 1, 2004.
Depositions of any such experts will be completed by July 1,
2004.

     3.   The defendants will disclose their experts by July 1,
2004.  Depositions of any such experts will be completed by
September 1, 2004.

     4.   Apportionment defendants shall disclose their experts
by September 1, 2004.  Depositions of any such experts will be
completed by November 1, 2004.

     5.   Dispositive Motions, including Motions for Summary
Judgment and/or Motions for Judgment on the pleadings will be
filed on or before November 30, 2004, if no dispositive Motions
are filed, or sixty (60) days after a decision is rendered on any
dispositive Motion, whichever is later.

6.    The case will be ready for trial by December 15, 2004 or sixty (60) days after a decision is rendered on any dispositive Motion, whichever is later.


**SO ORDERED.**


**Dated:**    **December 16, 2003**
          **Waterbury, CT**                     _____/s/_____
                                              **Gerard L. Goettel**
                                              **U.S.D.J.**