**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------------X
MARK FOX, Administrator of the          :
ESTATE OF FALAN FOX,                    :
                                        :
        Plaintiff,                      :         ORDER
                                        :
    -against-                           :
                                        :   3: 02 CV 1202 (GLG)
RICKY SMOLICZ, individually and in his  :
official capacity; SHELLEY NARDOZZI,    :
individually and in her official        :
capacity; DENNIS CLISHAM, individually  :
and in his official capacity; and the   :
BOROUGH OF NAUGATUCK,                   :
                                        :
        Defendants.                     :
-----------------------------------------X
```

The Plaintiff's motion to modify and extend scheduling set forth in the Rule 26(f) Report [Doc. # 100] is **Denied as Moot.**  This motion is identical to Document #101.

**SO ORDERED.**

**Dated:   December 16, 2003**
**         Waterbury, CT**                              /s/
                                              Gerard L. Goettel
                                                  U.S.D.J.