FILED

2004 JAN 16 P 2:43

UNITED STATES DISTRICT COURT
BRIDGEPORT CT

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MARK FOX, ADMINISTRATOR<br>OF THE ESTATE OF FALAN FOX | \* | |
| Plaintiffs | \* | CIVIL NO. 3:02CV01202(GLG) |
| vs. | \* | |
| RICKY SMOLICZ, Individually and in his<br>Official capacity, SHELLEY NARDOZZI,<br>Individually and in her official capacity,<br>DENNIS CLISHAM, Individually and in his<br>Official capacity, and the BOROUGH OF<br>NAUGATUCK | \* | |
| Defendants | \* | JANUARY 16, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR PROTECTIVE ORDER
RE: PERSONNEL FILE OF SHELLEY NARDOZZI**

The defendant, Shelley Nardozzi, hereby files this Motion for Protective Order in connection with a request that has been directed to the Borough of Naugatuck in connection with the production of her personnel file. The defendant, Nardozzi, seeks a protective order with respect to the following documents contained in her personnel file, and agrees to submit said personnel file to Magistrate Fitzsimmons, should Magistrate Fitzsimmons wish to review same prior to ruling upon the protective order:

1.    Personnel requests and original application for employment dated in 1996;

2.    Various internal documents dated in 1997 which relate to personnel disputes between dispatchers, available employment and request to take college courses;

3.  Various memoranda related to issues concerning dispatcher job and shifts to be worked in 1998.

4.  Log of sick, personal and vacation time in 1997, 1998, 1999, 2000, 2001, and 2002;

5.  Various documents and other memoranda in 2001, 2002 and 2003 relative to training, personnel matters, and incidents with which the defendant Nardozzi acted as dispatcher.

The materials referenced above do not relate in any way to monitoring of prisoners, discipline or training. As a result, it is the position of the defendant Nardozzi that these personnel matters should not be disclosed, as they are not relevant, and not calculated to lead to admissible evidence. As a result, it is an invasion of her rights of privacy to disclose these matters in this litigation.

The defendant Nardozzi is agreeable to providing documents from her personnel file relative to her training and certification as a dispatcher, her Naugatuck Police Department Dispatcher Evaluation Reports, and related documents.

THE DEFENDANT
SHELLEY NARDOZZI.

BY: _____
PETER D. CLARK
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484
Telephone: 203/925-9688
Federal Bar No: ct06814

## ORDER

The foregoing motion having been duly considered by Magistrate Holly B. Fitzsimmons, it is hereby ordered that the protective order shall be granted as follows:

_____
HOLLY B. FITZSIMMONS,
UNITED STATES MAGISTRATE

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to:

William P. Yelenak, Esquire
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Cheshire, CT 06410

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT 06770

Scott M. Karsten, Esq.
Sack, Spector & Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119-1544

Edward W. Mayer, Esquire
Delaney, Zemetis Donahue, Durham
 & Noonan
111 South Main Street
P.O. Box 747
Wallingford, CT 06492

John T. Harris, Esquire
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esquire
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Scott D. Camassar, Esquire
Gordon, Muir & Foley
Ten Columbus Boulevard
Hartford, CT 06106-5123

_____
Peter D. Clark