UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR OF           :   CIV. NO.: 302CV01202(GLG)
THE ESTATE OF FALAN FOX,
     Plaintiff,

vs.

RICKY SMOLICZ, SHELLEY NARDOZZI,     :   JANUARY 16, 2004
DENNIS CLISHAM AND THE BOROUGH
OF NAUGATUCK,
     Defendants.

## DEFENDANT SMOLICZ' MOTION FOR PROTECTIVE ORDER

Defendant Rick Smolicz hereby moves for the entry of a protective order against any requirement that he disclose certain portions of his personnel file(s) as maintained by the Borough of Naugatuck and its Police Department.

Specifically, defendant Smolicz moves that he not be required to disclose contents of his personnel file which constitute or relate to the following:

1. Personal and privileged information relating to his medical and psychological condition at any time, including medical records, psychiatric records, evaluations and assessments.

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

2. Information, including records, relating to disciplinary matters (if any) regarding any conduct not substantially similar to that in issue in this case or as to which there was no final determination of culpability.

3. Other claims, lawsuits or internal departmental proceedings not involving the incident which is the subject matter of this litigation, and not involving conduct substantially similar to that alleged in this case.

4. Training records other than those related to policies, procedures and practices which are relevant to the subject matter of this lawsuit.

5. Records and other material otherwise protected from disclosure under any provision of Federal or Connecticut law, statute or regulation.

As of the date of this motion, personnel from the Borough of Naugatuck have not yet completed the process of assembling this defendant's personnel file. Accordingly, defendant reserves the right to supplement this motion not later than January 21, 2004. Defendant will provide not later than that

- 2 -

date all citations and authorities on which he relies for the entry of the requested protective order.

WHEREFORE, defendant respectfully requests this motion be granted.

                                DEFENDANT, RICK SMOLICZ

BY  */s/ Scott M. Karsten*
     Scott M. Karsten
     Federal Bar No.: ct05277
     Sack, Spector & Karsten
     836 Farmington Avenue
     West Hartford, CT 06119
     His Attorney
     Phone: (860)233-8251
     Fax: (860)232-8736

- 3 -

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 16th day of January, 2004, to the following counsel of record:

Edward G. Fitzpatrick, Esquire
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT 06770

Edward W. Mayer, Jr., Esquire
Delaney, Zemetis, Donahue, Durham & Noonan
111 South Main Street
P. O. Box 747
Wallingford, CT 06492

Peter Clark, Esquire
525 Bridgeport Avenue
Shelton, CT 06484

John T. Harris, Esquire
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Kenneth J. Mulvey, Esquire
Francis J. Drumm, III, Esquire
David Crotta, Esquire
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

William P. Yelenak, Esquire
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT 06410-1135

Kenneth G. Williams, Esquire
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106-5123

_____
Scott M. Karsten

- 4 -