**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
MARK FOX, ADMINISTRATOR FOR THE     :
ESTATE OF FALAN FOX,                :
                                    :
        Plaintiff,                  :
                                    :   3: 02 CV 1202 (GLG)
    -against-                       :        ORDER
                                    :
RICKY SMOLICZ, SHELLEY NARDOZZI,    :
DENNIS CLISHMAN, BOROUGH OF         :
NAUGATUCK, KAESTLE-BOOS ASSOCIATES, :
INC., RYAN IRON WORKS, INC. AND     :
GUNNOUD CONSTRUCTION CO., INC.,     :
                                    :
        Defendants.                 :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

___   All purposes except trial, unless the parties consent to trial before the magistrate judge.

___   A ruling on all pretrial motions except dispositive motions.

**_X_**   To supervise discovery and resolve discovery disputes.

___   A ruling on the following motion which is currently pending:

___   Settlement conference.

___   A conference to discuss the following:

___   Other:

**SO ORDERED.**

**January 23, 2004**
**Waterbury, Connecticut.**

                                        _____/s/_____
                                        **Gerard L. Goettel**
                                        **United States District Judge**