UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK FOX, ADMINISTRATOR FOR<br>THE ESTATE OF FALAN FOX | : | CIVIL ACTION NO.<br>3:02 CV1202 (GLG) |
| Plaintiff<br>v. | : | |
| RICKY SMOLICZ, SHELLEY NARDOZZI,<br>DENNIS CLISHMAN, BOROUGH OF<br>NAUGATUCK, KAESTLE-BOOS ASSOCIATES,<br>INC., RYAN IRON WORKS, INC. AND<br>GUNNOUD CONSTRUCTION CO., INC. | : | |
| Defendants. | : | MARCH 17, 2004 |

**AMENDED MOTION TO MODIFY AND EXTEND SCHEDULING**
**re: RULE 26(f) REPORT**

Pursuant to the March 15, 2004 discovery conference, these defendants hereby respectfully move on behalf of all of the parties to extend the scheduling of this case as presently set forth in the most recent scheduling order.

This action involves several parties and complex issues. The parties are working on the discovery issues with the Honorable Magistrate Fitzsimmons and anticipate one or two more sessions with her, including the in-camera inspection/review of materials.

2004 MAR 17 P 4: 04
US DISTRICT
FILED

As set forth in the original motion, the last session with Magistrate Fitzsimmons had been scheduled for February 9, 2004. However, the conference had to be rescheduled due to an unforeseen conflict in Magistrate Fitzsimmons' schedule, and the conference was rescheduled for March 15, 2004. At the conference, the parties agreed to modified dates.

The parties therefore respectfully seek to modify the scheduling dates as set forth below:

(1) All discovery will be completed (not propounded) by January 1, 2005;

(2) Fact witnesses will be deposed by July 1, 2004;

(3) Plaintiff will disclose experts by September 1, 2004, and the depositions of those experts will be completed by November 1, 2004;

(4) The original defendants will disclose their experts by November 1, 2004, and the depositions will be completed by January 1, 2005;

(5) Apportionment defendants shall disclose their experts by January 1, 2005, and the depositions of those experts will be completed by March 1, 2005;

(6) Dispositive motions, including motions for summary judgment and/or for judgment on the pleadings, will be filed on or before March 30, 2005. The Joint Trial Memorandum will be filed on March 30, 2005 in the event no dispositive motions are filed, or sixty (60) days after a decision rendered on any dispositive motion, whichever is later;

(7) This case will be trial ready by March 30, 2005 or sixty (60) days after a decision is rendered on any dispositive motions, which is later.

The undersigned has consulted counsel for all of the parties and each has consented to this amendment.

This is the fourth request to modify the scheduling order.

**WHEREFORE,** the defendants hereby respectfully move to extend the scheduling order on behalf of all of the parties.

RESPECTFULLY SUBMITTED
THE DEFENDANTS,
THE BOROUGH OF NAUGATUCK
AND DENNIS CLISHAM

By_____
Edward W. Mayer, Jr. #CT05055
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
111 S. Main St., P.O. BOX 747
Wallingford, CT  06492
(203) 269-1441

3

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage pre-paid this 17th day of March, 2004 to: Edward G. Fitzpatrick, Esq., Fitzpatrick & Mariano, 203 Church Street, Naugatuck, CT 06770; Peter D. Clark, Esq., 525 Bridgeport Avenue, Shelton, CT 06484; Scott Karsten, Esq., Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119-1544; and, Nicole D. Dorman, Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119-1544; Scott Camassar, Esq., Gordon, Muir and Foley, LLP, Hartford Square North, Ten Columbus Boulevard, Hartford, CT, 06106-5123; David Crotta, Esq., and Kenneth J. Mulvey, Esq., Mulvey, Oliver, Gould & Crotta, 83 Trumbull Street, New Haven, CT 06511; John T. Harris, Esq., Shipman & Goodwin, One American Row, Hartford, CT 06103-2819; and William P. Yelenak, Esq. and Garrett M. Moore, Esq., Moore, O'Brien, Jacques & Yelenak, 700 West Johnson Avenue, Suite 207, Cheshire, CT.

_____
Edward W. Mayer, Jr.