FILED

Feb 17  3 53 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

:
...K FOX, ADMINISTRATOR FOR          :     CIVIL ACTION NO.
ESTATE OF FALAN FOX                   :     3:02 CV1202 (GLG)
                                      :
        Plaintiff                     :
                                      :
                                      :
...Y SMOLICZ, SHELLEY NARDOZZI,       :
...NIS CLISHMAN, BOROUGH OF           :
...GATUCK, KAESTLE-BOOS ASSOCIATES,   :
... RYAN IRON WORKS, INC. AND         :
...NOUD CONSTRUCTION CO., INC.        :
                                      :
        Defendants.                   :
                                      :     FEBRUARY 12, 2004

**MOTION TO MODIFY AND EXTEND SCHEDULING**
**RE:  RULE 26(f) REPORT**

These defendants hereby respectfully move on behalf of all of the parties to extend

...heduling of this case as presently set forth in the most recent scheduling order by

...ive (45) days.

This action involves several parties and complex issues. The parties are working on

...covery issues with the Honorable Magistrate Fitzsimmons and anticipate one or two

...essions with her, including the in-camera inspection/review of materials.

02CV1202 (GLG) 16 March 2004

Defendants' Motion to Modify and Extend Scheduling Re: Rule 26(f)
Report [Doc. #108] is **GRANTED** in accordance with the parties'
Joint Motion for Stipulated Protective Order Re: Production of
Documents. SO ORDERED.

**FILED**

2004 MAR 16 P 3 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE