UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, ADMINISTRATOR FOR THE ESTATE OF FALAN FOX | CIVIL ACTION NO. 3:02 CV1202 (GLG) |
| Plaintiff | |
| v. | |
| RICKY SMOLICZ, SHELLEY NARDOZZI, DENNIS CLISHMAN, BOROUGH OF NAUGATUCK, KAESTLE-BOOS ASSOCIATES, INC., RYAN IRON WORKS, INC. AND GUNNOUD CONSTRUCTION CO., INC. | |
| Defendants. | DECEMBER 15, 2003 |

**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**
**RE: PRODUCTION OF DOCUMENTS**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties in the above matter jointly request the Court enter this stipulated protective order regarding the confidentiality of documents designated as such by the parties in this action.

**NOW, THEREFORE** upon good cause shown **IT IS HEREBY ORDERED:**

1. Documents to be produced or otherwise made available by one or more parties during discovery in this litigation may contain certain confidential information. These documents

*Motion GRANTED. It is SO ORDERED 3/16/2004* [judge's signature]