FILED

Mar 19  12 30 PM '04

U S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR FOR
THE ESTATE OF FALAN FOX

            Plaintiff

v.

RICKY SMOLICZ, SHELLEY NARDOZZI,
DENNIS CLISHMAN and BOROUGH OF
NAUGATUCK

            Defendants.

CIVIL ACTION NO.
3:02 CV1202 (GLG)

MARCH 15, 2004

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of STEVEN M. BARRY, ESQ., as attorney for

the Defendants, Borough of Naugatuck and Dennis Clisham, in the above-entitled matter in

addition to the appearances of record.

**THE DEFENDANTS,**
**Borough of Naugatuck and**
**Dennis Clisham**

**By** _____
**Steven M. Barry #CT07825**
**Delaney, Zemetis, Donahue,**
**Durham & Noonan, P.C.**
**741 Boston Post Road**
**Guilford, CT 06437**
**(203) 458-9168**

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage pre-paid this 15th day of March, 2004 to Edward G. Fitzpatrick, Esq., Fitzpatrick & Mariano, 203 Church Street, Naugatuck, CT  06770; Peter D. Clark, Esq., 525 Bridgeport Avenue, Shelton, CT 06484; Scott Karsten, Esq., Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT  06119-1544; Garrett M. Moore, Esq., Moore, O'Brien, Jacques & Yelenak, 700 West Johnson Avenue, Suite 207, Cheshire, CT 06410; David J. Crotta, Jr., Esq., Mulvey, Oliver & Gould, 83 Trumbull Street, New Haven, CT 06511; John T. Harris, Esq., Shipman & Goodwin, One American Row, Hartford, CT 06103; Scott Camassar, Esq., Gordon, Muir & Foley, 10 Columbus Boulevard, Hartford, CT 06106 and Edward W. Case, Esq., Law Offices of Nancy S. Rosenbaum, 655 Winding Brook Drive, Glastonbury, CT 06033.

Steven M. Barry