mot

111

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, ADMINISTRATOR FOR<br>THE ESTATE OF FALAN FOX | :    CIVIL ACTION NO.<br>:    3:02 CV1202 (GLG) |
| Plaintiff | : |
| v. | : |
| RICKY SMOLICZ, SHELLEY NARDOZZI,<br>DENNIS CLISHMAN, BOROUGH OF<br>NAUGATUCK, KAESTLE-BOOS ASSOCIATES,<br>INC., RYAN IRON WORKS, INC. AND<br>GUNNOUD CONSTRUCTION CO., INC. | :<br>:<br>:<br>:<br>: |
| Defendants. | : |
| | :    MARCH 17, 2004 |



## AMENDED MOTION TO MODIFY AND EXTEND SCHEDULING
### re:  RULE 26(f) REPORT

Pursuant to the March 15, 2004 discovery conference, these defendants hereby respectfully move on behalf of all of the parties to extend the scheduling of this case as presently set forth in the most recent scheduling order.

This action involves several parties and complex issues. The parties are working on the discovery issues with the Honorable Magistrate Fitzsimmons and anticipate one or two more sessions with her, including the in-camera inspection/review of materials.

2004 MAR 24 P 4:00

U.S. DISTRICT COURT
BRIDGEPORT, CONN