UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, ADMINISTRATOR | |
| FOR THE ESTATE OF FALAN FOX  : | CIVIL ACTION NO. |
| : | 3:02CV1202(GLG) |
| VS. : | |
| : | |
| RICKY SMOLICZ, SHELLEY | |
| NARDOZZI, DENNIS CLISHMAN, | |
| BOROUGH OF NAUGATUCK, | |
| KAESTLE-BOOS ASSOCIATES, INC., | |
| RYAN IRON WORKS, INC. AND | |
| GUNNOUD CONSTRUCTION CO., INC.  : | MARCH 31, 2004 |

**APPORTIONMENT DEFENDANT'S MOTION TO COMPEL**

Pursuant to Rule 37 of the Rules of Civil Procedure, the apportionment defendant **Ryan Iron Works, Inc.,** hereby moves for an Order compelling the Borough of Naugatuck to disclose (1) a complete copy of the reconstruction report by Dr. Henry Lee, including color copies of all accompanying photographs and videotapes (these materials were requested on December 12, 2003 and counsel for the Borough has agreed to produce them at the movant's expense); (2) copies of those documents that were inspected at the office of Attorney Mayer on February 10, 2004 and requested to be produced (counsel agreed to produce copies of those documents requested, again at movant's expense).  The undersigned certifies that he has made a good faith attempt to obtain this

discovery material without Court intervention.  See attached correspondence to Attorney Mayer dated March 17, 2004.  To date, counsel for the Borough has failed to provide the requested materials, despite its prior agreement to do so.  The undersigned apportionment defendant is prejudiced without this material.

        APPORTIONMENT DEFENDANT:
        **Ryan Iron Works, Inc.**

By: _____
      Scott D. Camassar (ct1610)
      Gordon, Muir and Foley, LLP

## **ORDER**

The foregoing Motion having been duly heard it is hereby ORDERED: GRANTED/DENIED.

By THE COURT

_____
Judge

## **CERTIFICATION**

       This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on March 31, 2004:

| | |
|---|---|
| William P. Yelenak, Esq.<br>Garrett M. Moore, Esq.<br>Moore, O'Brien, Jacques & Yelenak<br>700 W. Johnson Avenue, Suite 207<br>Cheshire, CT  06410 | John T. Harris, Esq.<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT  06103-2819 |
| Edward G. Fitzpatrick, Esq.<br>Fitzpatrick & Mariano<br>203 Church Street<br>Naugatuck, CT  06770 | Kenneth J. Mulvey, Jr., Esq.<br>David J. Crotta, Jr., Esq.<br>Francis J. Drum, III, Esq.<br>Mulvey, Oliver & Gould<br>83 Trumbull Street<br>New Haven, CT  06511 |
| Scott M. Karsten, Esq.<br>Nichole D. Dorman, Esq.<br>Sack, Spector & Karsten<br>836 Farmington Avenue<br>West Hartford, CT  06119-1544 | |
| Peter D. Clark, Esq.<br>Melissa M. Rich, Esq.<br>Law Offices of Peter D. Clark<br>525 Bridgeport Avenue<br>Shelton, CT  06484 | |
| Timothy W. Donahue, Esq.<br>Edward W. Mayer, Jr., Esq.<br>Delaney, Zemetis, Donahue, Durham & Noonan<br>P.O. Box 747<br>Wallingford, CT  06492 | |

                                            **SCOTT D. CAMASSAR**