FILED
JUN 7  2 31 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, Administrator of the ESTATE OF FALAN FOX | : |
| VS. | : CIVIL ACTION NO. <br> : 302CV01202 |
| RICKY SMOLICZ, Individually and in his official capacity, SHELLEY NARDOZZI, Individually and in her official capacity; DENNIS CLISHAM, Individually and in his official capacity; and the BOROUGH OF NAUGATUCK | : <br> : <br> : <br> : JUNE 4, 2004 <br> : |

## MOTION TO MODIFY AND EXTEND SCHEDULING SET FORTH IN RULE 26(f) REPORT

The plaintiff, Mark Fox, Administrator, hereby moves on behalf of all parties to extend the scheduling as set forth in the Rule 26(f) Report of Parties Planning Meeting dated March 18, 2003, as modified pursuant to the Orders of the Court with respect to the Motions to Modify, the last of which was filed on March 17, 2004.

The reason for the requested modification and extension of the scheduling orders is that the parties have had two discovery conferences with the Honorable Magistrate Judge Holly Fitzsimmons and the parties recently received orders pertaining to motions

regarding discovery. The parties have now exchanged written discovery and the phase of discovery for depositions of fact witnesses is ready to begin. The current scheduling order has a deadline for the depositions of fact witnesses of July 1, 2004. Due to the numerous parties and counsel involved in the case and their respective schedules this summer and due to the discovery issues that needed resolution by the Court, the parties will require additional time to complete the depositions of fact witnesses. For example, due to counsels' trial schedules, there were only three days available to take depositions prior to the July 1, 2004 deadline. In addition, one of the defendants is having back surgery and will not be available until late August. The parties have been diligently working together to coordinate schedules, but it is obvious that due to the complexity of the issues and the number of parties to be deposed, an additional ninety (90) days will be required to complete the depositions of fact witnesses. It is therefore requested that the scheduling be extended as follows:

1. All discovery will be completed (not propounded) by April 1, 2005.

2. Fact witnesses will be deposed by October 1, 2004.

3. Plaintiff will disclose his experts by December 1, 2004. Depositions of any such experts will be completed by February 1, 2005.

4.  The original defendants will disclose their experts by March 1, 2005. Depositions of any such experts will be completed by January 1, 2005.

5.  Apportionment defendants shall disclose their experts by April 1, 2005. Depositions of any such experts will be completed by June 1, 2005.

6.  Dispositive Motions, including Motions for Summary Judgment and/or Motions for Judgment on the pleadings will be filed on or before June 30, 2005

7.  Joint Trial Memorandum will filed on June 30, 2005 in the event no dispositive motions are filed, or sixty (60) days after a decision rendered on any dispositive Motions, whichever is later.

8.  The case will be ready for trial by June 30, 2005 or sixty (60) days after a decision is rendered on any dispositive Motions, whichever is later.

The undersigned has consulted counsel for all parties and each has consented to this amendment. This is the fifth request to modify the scheduling order.

WHEREFORE, the plaintiff and the defendants hereby respectfully move to extend the scheduling order on behalf of all of the parties.

RESPECTFULLY SUBMITTED
THE PLAINTIFF,
Mark Fox, Administrator of the Estate of
Falan Fox

By /s/

William P. Yelenak, Esq.  (CT 05491)
Garrett M. Moore. Esq. (05673)
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue, Suite 207
Cheshire, CT 06410-1135
Telephone: (203) 272-5881

## **ORDER**

The foregoing Motion, having been duly considered, it is hereby granted.

_____
U.S.D.J.

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on June 4, 2004 to

Timothy Donahue, Jr., Esq.,
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
111 South Main Street
Wallingford, Connecticut, 06492

Edward G. Fitzpatrick, Esq.,
Fitzpatrick & Mariano
203 Church Street
Naugatuck, Connecticut 06770

Scott Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Ten Columbus Blvd.
Hartford, CT 06106-5123

Peter Clark, Esquire
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Steven Barry, Esq.
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
111 South Main Street
Wallingford, CT 06492

By_____
William P. Yelenak