**FILED**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    2004 JUN 10  P 4: 39

U.S. DISTRICT COURT
HARTFORD, CT.

MARK FOX,                          :

    Plaintiff,                     :
                                   :
V.                                 :    CASE NO. 3:02CV1202 (RNC)
                                   :
RICKY SMOLICZ, ET AL.,             :
                                   :
    Defendants.                    :

## ORDER

    In the interest of justice, the above identified case is hereby transferred to Judge  Peter C. Dorsey    .  All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven  and bear the docket number 3:02cv1202(PCD)  Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled.  See Local Rule 7(a).

    So ordered.

    Dated at Hartford, Connecticut this  10 day of June 2004.

                                    _____
                                      Robert N. Chatigny
                        United States District Judge