**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MARK FOX

-vs-                                                    Civil No. 3:02 cv 1202 (PCD)

RICKY SMOLICZ, ET ALS

<u>ENDORSEMENT ORDER</u>

    Plaintiff's motion to modify and extend scheduling set forth in Rule 26(f) report (Doc. #122) is hereby GRANTED-IN-PART as follows:

    All discovery shall be completed by 12/31/04;

    Fact witnesses will be deposed by 10/1/04;

    Plaintiff will disclose experts by 11/1/04 and depositions shall be completed by 2/1/05;

    The original defendants will disclose their experts by 1/15/05 and depositions will be completed by 2/15/05;

    Apportionment defendants shall disclose their experts by 1/15/05 and depositions shall be completed by 3/1/05;

    Dispositive motions will be filed on or before 3/31/05, compliant with the Court's Supplemental Order;

    All other deadlines to be set at a later date.

    SO ORDERED.

    Dated at New Haven, Connecticut, June 24, 2004.

                                          /s/_____
                                                Peter C. Dorsey, Senior
                                                United States District Judge