UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR of                :
THE ESTATE OF FALAN FOX                    :
                                                         :
v.                                                       :    CIV. NO. 3:02CV1202 (PCD)
                                                         :
RICKY SMOLICZ, ET AL                        :
                                                         :
                                                         :

SCHEDULING ORDER

A conference was held on September 9, 2004 to discuss the parties' joint request to modify the scheduling order. After discussion, and with agreement of counsel, the following schedule was set.

Fact discovery will close on or before November 1, 2004. Expert discovery will conclude on or before March 1, 2005. Dispositive motion(s) will be filed on or before October 15, 2005. This case will be trial ready December 1, 2005.

A settlement conference will be held in December 2004 or early January 2005. Counsel will confer with their clients and notify the Court of an agreed upon date.


SO ORDERED at Bridgeport this __17__ day of September 2004.


_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE