UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR
OF THE ESTATE OF FALAN FOX

    PLAINTIFFS,                            CIVIL ACTION NO. 3:02CV01202(PCD)

VS.

RICKY SMOLICZ, ET AL.

    DEFENDANT
                                              OCTOBER 15, 2004

## MOTION FOR LEAVE TO AMEND

The apportionment defendant Gunnoud Construction, Inc., pursuant to Fed. R. Civ. P. 15, moves the Court for leave to file an amended answer and special defenses, a copy of which is attached hereto as Exhibit A, so that all issues between the parties may be fully litigated.

                                              APPORTIONMENT DEFENDANT,
                                              GUNNOUD CONSTRUCTION CO., INC.

                                              DAVID J. CROTTA, JR.
                                              MULVEY, OLIVER, GOULD & CROTTA
                                              83 TRUMBULL STREET
                                              NEW HAVEN, CT 06511
                                              (203) 624-5111
                                              FED. ID. NO.: CT 03235

## ORDER

The foregoing Motion having been heard, it is hereby **ORDERED**:

**GRANTED/DENIED**

BY THE COURT,

_____
CLERK

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed on October 15, 2004, to:

Timothy W. Donahue, Esq.
Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Scott M. Karsten, Esq.
Attorney Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Avenue
Suite 221
West Hartford, CT 06119-1544

Scott D. Camassar, Esq.
Kenneth G. Williams, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Garrett M. Moore, Esq.
William P. Yelenak, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT 06410

Peter D. Clark, Esq.
Attorney Melissa M. Rich
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT 06770

James Newhall Tallberg, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P. O. Box 231277
Hartford, CT 06123-1277

Edward W. Case, Esq.
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

_____
DAVID J. CROTTA, JR.

Jefferson Ins. Group 005120 Gunnoud v. Fox DJC 2 Pleadings motion for leave to amend.wpd