## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, ADMINISTRATOR | : |
| | : |
| VS. | :  CASE NO. 3:02CV1202 (PCD) |
| | : |
| RICKY SMOLICZ, ET AL. | : |

## ENDORSEMENT ORDER

The Motion for Leave to Amend, document no. 128, is DENIED without prejudice to renewal for failure to comply with this Court's Supplemental Order.

SO ORDERED.  Dated at New Haven, Connecticut, this 22nd day of October, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court