UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

MARK FOX, Administrator
of the ESTATE OF FALAN FOX

VS.

RICKY SMOLICZ, Individually and in his
official capacity, SHELLEY NARDOZZI,
Individually and in her official capacity;
DENNIS CLISHAM, Individually and in
his official capacity; and the BOROUGH
OF NAUGATUCK

CIVIL ACTION NO.
302CV01202 (PCD)

JANUARY 18, 2005

## CERTIFICATION OF COMPLIANCE

The plaintiff hereby certifies that he complied with the Supplemental Order for Motion Filing Procedure Before Judge Dorsey by sending copies of the proposed Motion to Amend to all counsel on December 22, 2004 and has not received an objection to such motion within 21 days from the date of service. The plaintiff therefore moves that the enclosed original Motion to Amend dated December 22, 2004, pursuant to Rule 15, be granted.

Dated at Cheshire, Connecticut, this 18th day of January 2005.

PLAINTIFF, MARK FOX,
Administrator of the ESTATE OF
FALAN FOX,

By _____
William P. Yelenak
Fed. Bar #: 05491
Moore, O'Brien,
Jacques & Yelenak
700 West Johnson Avenue,
Suite 207
Cheshire, CT 06410
Telephone: (203) 272-5881

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on January 18, 2005 to

Edward G. Fitzpatrick, Esq.,
Fitzpatrick & Mariano
203 Church Street
Naugatuck, Connecticut 06770

Scott Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT  06511

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Ten Columbus Blvd.
Hartford, CT  06106-5123

Peter Clark, Esquire
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Steven Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

3

By_____/s/_____
William P. Yelenak