UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

MARK FOX, Administrator
of the ESTATE OF FALAN FOX

VS.

RICKY SMOLICZ, Individually and in his
official capacity, SHELLEY NARDOZZI,
Individually and in her official capacity;
DENNIS CLISHAM, Individually and in
his official capacity; and the BOROUGH
OF NAUGATUCK

CIVIL ACTION NO.
302CV01202 (PCD)

DECEMBER 22, 2004

## MOTION TO AMEND

The plaintiff hereby moves, pursuant to Rule 15, to amend his complaint as set forth in the attached proposed amended complaint.

Dated at Cheshire, Connecticut, this 22nd day of December 2004.

PLAINTIFF, MARK FOX,
Administrator of the ESTATE OF
FALAN FOX,

By_____
William P. Yelenak
Fed. Bar #: 05491
Moore, O'Brien,
Jacques & Yelenak
700 West Johnson Avenue,
Suite 207
Cheshire, CT 06410
Telephone: (203) 272-5881

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 22, 2004 to

Edward G. Fitzpatrick, Esq.,
Fitzpatrick & Mariano
203 Church Street
Naugatuck, Connecticut 06770

Scott Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Ten Columbus Blvd.
Hartford, CT 06106-5123

Peter Clark, Esquire
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Steven Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

By _____
        William P. Yelenak

Case 3:02-cv-01202-PCD    Document 132    Filed 01/19/2005    Page 4 of 4