## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, Administrator of the ESTATE OF FALAN FOX | : |
| VS. | : CIVIL ACTION NO. |
| | : 302CV01202 (PCD) |
| RICKY SMOLICZ, Individually and in his official capacity, SHELLEY NARDOZZI, Individually and in her official capacity; DENNIS CLISHAM, Individually and in his official capacity; and the BOROUGH OF NAUGATUCK | : |
| | : JANUARY 18, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the plaintiff Mark Fox has manually filed the **enclosed Certification and Motion to Amend**

This document has not been filed electronically because:

[X]  the document (or thing) cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 mb
[ ]  the document (or thing) is filed under seal pursuant to the local rules of the court
[ ]  The document (or thing) is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g., Motion for Expert or Other Services Pursuant to 18 U.S.C. ' 3006A]
[ ]  Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

Rev. 12/1/04

The document has been manually served on all parties.

                                              Respectfully submitted,
                                              PLAINTIFF, MARK FOX,
                                              Administrator of the ESTATE OF
                                              FALAN FOX,

By _____
                                              William P. Yelenak
                                              Fed. Bar #: 05491
                                              Moore, O'Brien,
                                              Jacques & Yelenak
                                              700 West Johnson Avenue,
                                              Suite 207
                                              Cheshire, CT 06410
                                              Telephone: (203) 272-5881

Rev. 12/1/04

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on January 18, 2005 to

Edward G. Fitzpatrick, Esq.,
Fitzpatrick & Mariano
203 Church Street
Naugatuck, Connecticut 06770

Scott Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Ten Columbus Blvd.
Hartford, CT 06106-5123

Peter Clark, Esquire
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Steven Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

By_____
William P. Yelenak

Rev. 12/1/04