CFJT

FILED

2005 JAN 19 P 2: 57

U.S. DISTRICT COURT
NEW HAVEN CT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, Administrator of the ESTATE OF FALAN FOX<br><br>VS.<br><br>RICKY SMOLICZ, Individually and in his official capacity, SHELLEY NARDOZZI, Individually and in her official capacity; DENNIS CLISHAM, Individually and in his official capacity; and the BOROUGH OF NAUGATUCK | CIVIL ACTION NO.<br>302CV01202 GLG<br><br><br>DECEMBER 22, 2004 |

## CLAIM FOR JURY TRIAL

The Plaintiff respectfully claims a trial by jury in the above captioned case.

                      PLAINTIFF, MARK FOX,
                      Administrator of the ESTATE OF
                      FALAN FOX,

By_____
    William P. Yelenak
    Fed. Bar #: 05491
    Moore, O'Brien,
    Jacques & Yelenak
    700 West Johnson Avenue,
    Suite 207
    Cheshire, CT 06410
    Telephone: (203) 272-5881

33

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, Administrator<br>of the ESTATE OF FALAN FOX<br><br>VS.<br><br>RICKY SMOLICZ, Individually and in his official capacity, SHELLEY NARDOZZI, Individually and in her official capacity; DENNIS CLISHAM, Individually and in his official capacity; and the BOROUGH OF NAUGATUCK | :<br>:<br>:<br>:<br>: CIVIL ACTION NO.<br>:       302CV01202 GLG<br>:<br>:<br>:<br>: DECEMBER 22, 2004<br>: |

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 22, 2004 to

Edward G. Fitzpatrick, Esq.,
Fitzpatrick & Mariano
203 Church Street
Naugatuck, Connecticut 06770

Scott Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Ten Columbus Blvd.
Hartford, CT 06106-5123

Peter Clark, Esquire
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Steven Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

By_____
William P. Yelenak

34