**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Mary FOX, Administrator of the ESTATE OF FALAN FOX.<br>Plaintiff, | :<br>:<br>:<br>: |
| -vs- | : Civ. No. 3:02cv1202 (PCD)<br>: |
| Jesse BRYANT, et al.<br>Defendants. | :<br>: |

**RULING ON PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff moves, pursuant to Rule 15 of the Federal Rules of Civil Procedure, to amend her complaint. The motion was filed in compliance with this Court's Supplemental Order Regarding Motion Filing Procedures [Doc. No. 124] and is unopposed. Accordingly, Plaintiff's motion is **granted**. See Fed. R. Civ. P. 15 (a) (explaining that "leave shall be freely given when justice so requires").

SO ORDERED.

Dated at New Haven, Connecticut this  27th  day of January, 2005.


/s/
Peter C. Dorsey
United States District Judge