UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR
OF THE ESTATE OF FALAN FOX

    PLAINTIFFS,                    CIVIL ACTION NO. 3:02CV01202(PCD)

VS.

RICKY SMOLICZ, ET AL.

    DEFENDANT                      JANUARY 28, 2005

### DEFENDANT GUNNOUD CONSTRUCTION COMPANY'S ANSWER TO SECOND AMENDED COMPLAINT

COUNT ONE - COUNT EIGHT

    The defendant, Gunnoud Construction Company, does not answer counts 1-8, as the same are not directed to it.

COUNT NINE

    1-5.    As to the allegations of paragraphs 1, 2, 3, 4 and 5, this defendant has no knowledge or information sufficient to form a belief and therefore leaves the plaintiff to his proof.

    6.    The allegations to paragraph 6 are denied.

    7.    As to the allegations of paragraph 7 this defendant has no knowledge or information sufficient to form a belief and therefore leaves the plaintiff to his proof.

SPECIAL DEFENSE

    The claim is barred by the Statute of Limitations § 52-584.

                    DEFENDANT, GUNNOUD
                    CONSTRUCTION CO., INC.

                    /S/ _____
                         DAVID J. CROTTA, JR.
                    MULVEY, OLIVER, GOULD & CROTTA
                    83 TRUMBULL STREET
                    NEW HAVEN, CT  06511
                    (203) 624-5111
                    FED. ID. NO.: CT 03235

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed on January 28, 2005, to:

| | |
|---|---|
| Timothy W. Donahue, Esq.<br>Steven M. Barry, Esq.<br>Donahue, Durham & Noonan, P.C.<br>741 Boston Post Road<br>Guilford, CT 06437 | Peter D. Clark, Esq.<br>Law Offices of Peter D. Clark<br>525 Bridgeport Avenue<br>Shelton, CT 06484 |
| Scott M. Karsten, Esq.<br>Attorney Nicole D. Dorman<br>Sack, Spector & Karsten<br>836 Farmington Avenue<br>Suite 221<br>West Hartford, CT 06119-1544 | Edward G. Fitzpatrick, Esq.<br>Fitzpatrick, Mariano & Santos, P.C.<br>203 Church Street<br>Naugatuck, CT 06770 |
| Scott D. Camassar, Esq.<br>Kenneth G. Williams, Esq.<br>Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-1976 | William P. Yelenak, Esq.<br>Moore, O'Brien, Jacques & Yelenak<br>700 West Johnson Avenue<br>Suite 207<br>Cheshire, CT 06410 |
| John T. Harris, Esq.<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819 | |

/S/
DAVID J. CROTTA, JR.

F:\MO&G\Active\Jefferson Ins. Group 005120\Gunnoud v. Fox DJC 2\Pleadings\answer to 2nd amended comp.wpd