UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR
OF THE ESTATE OF FALAN FOX

    PLAINTIFFS,                        CIVIL ACTION NO. 3:02CV01202(PCD)

VS.

RICKY SMOLICZ, ET AL.

    DEFENDANT                        MARCH 18, 2005

## A P P E A R A N C E

**PLEASE ENTER MY APPEARANCE** for the Defendant/Apportionment Defendant,

Gunnoud Construction Co., Inc. in the above-captioned case.

                                  DEFENDANT/APPORTIONMENT
                                  DEFENDANT, GUNNOUD CONSTRUCTION
                                  CO., INC.

                                  /s/ _____
                                  JAMES D. HINE, II
                                  MULVEY, OLIVER, GOULD & CROTTA
                                  83 TRUMBULL STREET
                                  NEW HAVEN, CT  06511
                                  (203) 624-5111
                                  FED. ID. NO.: CT 25756

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on March 18, 2005, to:

Timothy W. Donahue, Esq.
Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Scott M. Karsten, Esq.
Attorney Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Avenue
Suite 221
West Hartford, CT 06119-1544

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT 06770

Scott D. Camassar, Esq.
Kenneth G. Williams, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

William P. Yelenak, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT 06410

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

/s/
JAMES D. HINE, II

F:\MO&G\Active\Jefferson Ins. Group 005120\Gunnoud v. Fox DJC 2\Pleadings\appearance - JDH.wpd