UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR
OF THE ESTATE OF FALAN FOX

    PLAINTIFFS,                                CIVIL ACTION NO. 3:02CV01202(PCD)

VS.

RICKY SMOLICZ, ET AL.

    DEFENDANT                                    MARCH 18, 2005

## CERTIFICATE OF COMPLIANCE

        Defendant/Apportionment Defendant, Gunnoud Construction, hereby certifies that it has complied with the Supplemental Order for Motion Filing Procedure Before Judge Dorsey by serving copies of its Motion for Summary Judgment and Memorandum in Support thereof on all counsel of record on March 18, 2005.

DEFENDANT/APPORTIONMENT
DEFENDANT, GUNNOUD CONSTRUCTION
CO., INC.


/s/_____
JAMES D. HINE, II
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT  06511
(203) 624-5111
FED. ID. NO.: CT 25756

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on March 18, 2005, to:

Timothy W. Donahue, Esq.  
Steven M. Barry, Esq.  
Donahue, Durham & Noonan, P.C.  
741 Boston Post Road  
Guilford, CT 06437

Peter D. Clark, Esq.  
Law Offices of Peter D. Clark  
525 Bridgeport Avenue  
Shelton, CT 06484

Scott M. Karsten, Esq.  
Attorney Nicole D. Dorman  
Sack, Spector & Karsten  
836 Farmington Avenue  
Suite 221  
West Hartford, CT 06119-1544

Edward G. Fitzpatrick, Esq.  
Fitzpatrick, Mariano & Santos, P.C.  
203 Church Street  
Naugatuck, CT 06770

Scott D. Camassar, Esq.  
Kenneth G. Williams, Esq.  
Gordon, Muir & Foley  
Hartford Square North  
10 Columbus Blvd.  
Hartford, CT 06106-1976

William P. Yelenak, Esq.  
Moore, O'Brien, Jacques & Yelenak  
700 West Johnson Avenue  
Suite 207  
Cheshire, CT 06410

John T. Harris, Esq.  
Shipman & Goodwin  
One American Row  
Hartford, CT 06103-2819

                /s/  
                JAMES D. HINE, II

F:\MO&G\Active\Jefferson Ins. Group 005120\Gunnoud v. Fox DJC 2\Pleadings\cert. of comp 3-18-05.wpd