```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
                                    :
                                    :
MARK FOX, ADMINISTRATOR of          :
THE ESTATE OF FALAN FOX             :
                                    :
v.                                  :  CIV. NO. 3:02CV1202 (PCD)
                                    :
RICKY SMOLICZ, ET AL        :
                                    :
```

## SCHEDULING ORDER

A conference was held on March 30, 2005. At the conclusion of the conference, the following schedule was set with agreement of the parties.

The town defendants will disclose the name of their expert witness against the apportionment defendants on or before April 30, 2005. The expert report is due by May 13, 1005. The expert deposition will be completed by May 31, 2005.

The apportionment defendants will disclose their expert and provide the expert report by June 15, 2005, and the expert will be deposed by July 31, 2005.

Plaintiff will disclose all remaining experts and provide the expert reports by April 30, 2005. Deposition of plaintiff's experts will be completed by May 31, 2005.

All remaining defense experts will be disclosed by the end of June and deposed before August 15, 2005.

The parties agree to contact the court in advance of these deadlines if they seek to modify this schedule.

SO ORDERED at Bridgeport this 4th day of April 2005.

_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE