UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR
OF THE ESTATE OF FALAN FOX

        PLAINTIFFS,                      CIVIL ACTION NO. 3:02CV01202(PCD)

VS.

RICKY SMOLICZ, ET AL.

        DEFENDANT                      NOVEMBER 4, 2004

## REQUESTS TO ADMIT

Pursuant to Fed. R. Civ. P. 36, the Defendant, Gunnoud Construction Co., Inc., requests the defendant, Borough of Naugatuck, to admit to the truth of the following:

1.      The defendant Gunnoud Construction, LLC's contract with the Borough of Naugatuck in connection with the construction of the new Police Department required that it provide services as a project manager only.

2.      The defendant Gunnoud Construction, LLC had no contractual obligation to design, construct, install, or manufacture the jail cell in which plaintiff's decedent died.

3.      The defendant Gunnoud Construction, LLC had completed its work under the contract no later than April 30, 1996.

4.      The defendant Gunnoud Construction, LLC had completed its contract before July 22, 1996.

DEFENDANT, GUNNOUD
CONSTRUCTION CO., INC.


_____
      DAVID J. CROTTA, JR.
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT  06511
(203) 624-5111
FED. ID. NO.: CT 03235

**CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed on November 4, 2004, to:

Timothy W. Donahue, Esq.
Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Scott M. Karsten, Esq.
Attorney Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Avenue
Suite 221
West Hartford, CT 06119-1544

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT 06770

Scott D. Camassar, Esq.
Kenneth G. Williams, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

William P. Yelenak, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT 06410

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

_____
DAVID J. CROTTA, JR.

F:\MO&G\Active\Jefferson Ins. Group 005120\Gunnoud v. Fox DJC 2\Pleadings\req to admit to B of N.wpd