# David Crotta

| | |
|---|---|
| From: | William Yelenak [WYelenak@mojylaw.com] |
| Sent: | Saturday, February 19, 2005 10:08 AM |
| To: | David Crotta (E-mail) |
| Subject: | Requests to Admit |

Dave, I got your letter of 2-18. You are correct in your understanding that we have agreed to be bound by Naugatuck's responses.

Bill