December 3, 2004

<u>VIA FACSIMILE</u> 458-4424

Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

      RE:    MARK FOX, ADMINISTRATOR OF THE ESTATE OF FALAN FOX VS. RICKY SMOLICZ, ET AL

Dear Steve:

    This confirms my consent to permit you to file responses to the requests to admit for another month through January 4, 2004.

                                                      Very truly yours,

                                                   DAVID J. CROTTA, JR.

DJC/tml

F:\MO&G\Active\Jefferson Ins. Group 005120\Gunnoud v. Fox DJC 2\Corres\consent to Barry.wpd