UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR
OF THE ESTATE OF FALAN FOX

    PLAINTIFFS,                    CIVIL ACTION NO. 3:02CV01202(PCD)

VS.

RICKY SMOLICZ, ET AL.

    DEFENDANT                    APRIL 12, 2005

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANT/APPORTIONMENT**
**DEFENDANT GUNNOUD CONSTRUCTION**

      Pursuant to Fed. R.Civ.P. 56(b) and Local R. Civ. P. 56, the apportionment defendant, Gunnoud Construction ("Gunnoud"), hereby moves for summary judgment in its favor, for the reason that there exists no genuine issue of material fact that the claims against it presented in the Second Amended Complaint dated January 27, 2005 (docket #137) and in the apportionment complaints dated October 29, 2002 (docket # 21), November 7, 2002 (docket #29), and November 11, 2002 (docket # 44) are barred by the applicable statute of limitations, § 52-584 of the Connecticut General Statutes.

**ORAL ARGUMENT REQUESTED**

**TESTIMONY NOT REQUIRED**

In support of this motion for summary judgment, Gunnoud submits the following:

1. Memorandum of Law in Support of Motion for Summary Judgment;

2. Local Rule 56 Statement of Facts;

3. Requests to Admit (directed to plaintiff) dated November 2, 2004, Ex. A;

4. Requests to Admit (directed to the Borough of Naugatuck) dated November 4, 2004, Ex. B;

5. E-mail of William Yelenak, dated February 19, 2005, Ex. C;

6. Letter of D. Crotta, dated December 3, 2004, Ex. D.

WHEREFORE, Gunnoud Construction moves the Court to enter summary judgment in its favor on the Second Amended Complaint, and the Apportionment Complaints of Richard Smolicz, Shelley Nardozzi, and The Borough of Naugatuck, because there are no genuine issues as to any material fact, and Gunnoud is therefore entitled to judgment as a matter of law.

          DEFENDANT/
          APPORTIONMENT DEFENDANT,
          GUNNOUD CONSTRUCTION CO., INC.


          /s/_____
          DAVID J. CROTTA, JR.
          MULVEY, OLIVER, GOULD & CROTTA
          83 TRUMBULL STREET
          NEW HAVEN, CT  06511
          (203) 624-5111
          FED. ID. NO.: CT 03235


## **ORDER**

The foregoing Motion having been heard, it is hereby **ORDERED**:

**GRANTED/DENIED**

_____ BY THE COURT,



_____ CLERK

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on April 12, 2005, to:

Timothy W. Donahue, Esq.
Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Scott M. Karsten, Esq.
Attorney Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Avenue
Suite 221
West Hartford, CT 06119-1544

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT 06770

Scott D. Camassar, Esq.
Kenneth G. Williams, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

William P. Yelenak, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT 06410

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

                                                        /s/
                                                    DAVID J. CROTTA, JR.

F:\MO&G\Active\Jefferson Ins. Group 005120\Gunnoud v. Fox DJC 2\Pleadings\motion for summary judgment.wpd