UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR
OF THE ESTATE OF FALAN FOX

      PLAINTIFFS,                        CIVIL ACTION NO. 3:02CV01202(PCD)

VS.

RICKY SMOLICZ, ET AL.

      DEFENDANT                        APRIL 12, 2005

<u>DEFENDANT/APPORTIONMENT DEFENDANT GUNNOUD CONSTRUCTION'S RULE 56 STATEMENT OF FACTS</u>

      The apportionment defendant, Gunnoud Construction ("Gunnoud"), submits herewith the following statement of each material fact as to which there is no genuine issue to be tried.

      1. Sometime in 1993/1994, Gunnoud and the Borough of Naugatuck entered a written contract under which Gunnoud was to serve as a construction site project manager in connection with the construction of a new building for the Borough of Naugatuck police department.

      2. The new department facility was designed to include, among other facilities, a total of ten jail cells, with eight cells assigned to be male cells and two to be female cells.

      3. Gunnoud had no contractual obligation to design, construct, install, or manufacture any of the jail cells, including the cell in which plaintiff's decedent died.

      4. Gunnoud had completed its work under the contract no later than April 30, 1996.

      5. Gunnoud had completed its contract before July 22, 1996.

      6. On or about July 21, 2000, the plaintiff's decedent, Falan Fox, was arrested by a police officer with the Borough of Naugatuck, and kept in custody in one of the two female jail cells.

      7. Sometime in the afternoon of July 22, 2000, Ms. Fox affixed a ligature apparently made of her socks or stockings to some portion of the jail cell door frame or plate, and which she used to commit suicide.

      DEFENDANT/APPORTIONMENT
DEFENDANT, GUNNOUD CONSTRUCTION
CO., INC.


/s/
DAVID J. CROTTA, JR.
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT  06511
(203) 624-5111
FED. ID. NO.: CT 03235

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on April 12, 2005, to:

Timothy W. Donahue, Esq.
Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Scott M. Karsten, Esq.
Attorney Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Avenue
Suite 221
West Hartford, CT 06119-1544

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT 06770

Scott D. Camassar, Esq.
Kenneth G. Williams, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

William P. Yelenak, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT 06410

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

/s/
DAVID J. CROTTA, JR.

F:\MO&G\Active\Jefferson Ins. Group 005120\Gunnoud v. Fox DJC 2\Pleadings\Rule 56.wpd