FILED

2005 APR 20 A 8: 18

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK FOX, ADMINISTRATOR | | |
| FOR THE ESTATE OF FALAN FOX | : | CIVIL ACTION NO. |
| | : | 3:02CV1202(PCD) |
| VS. | : | |
| | : | |
| RICKY SMOLICZ, ET AL, | : | MARCH 24, 2005 |

### CERTIFICATE OF COMPLIANCE RE: MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS OF RYAN IRON WORKS, INC.

The defendant/apportionment defendant **Ryan Iron Works, Inc.,** hereby certifies that it has complied with the Supplemental Order for Motion Filing Procedure Before Judge Dorsey, by serving copies of its Motion for Summary Judgment and Supporting Memorandum of Law and related documents, on all counsel of record on this date.

DEFENDANT/APPORTIONMENT DEFENDANT:
**Ryan Iron Works, Inc.**

By: _____
Scott D. Camassar (ct16160)
Gordon, Muir and Foley, LLP
10 Columbus Blvd.
Hartford, CT 06106
860-525-5361/fax 860-525-4849

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on March 24, 2005:

William P. Yelenak, Esq.
Garrett M. Moore, Esq.
Moore, O'Brien, Jacques & Yelenak
700 W. Johnson Avenue, Suite 207
Cheshire, CT 06410

Edward G. Fitzpatrick, Esq.
Fitzpatrick & Mariano
203 Church Street
Naugatuck, CT 06770

Scott M. Karsten, Esq.
Nichole D. Dorman, Esq.
Sack, Spector & Karsten
836 Farmington Avenue, Suite 221
West Hartford, CT 06119-1544

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Timothy W. Donahue, Esq.
Steven Barry, Esq.
Donahue, Durham & Noonan
741 Boston Post Rd.
Guilford, CT, 06437

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Kenneth J. Mulvey, Jr., Esq.
David J. Crotta, Jr., Esq.
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

_____
SCOTT D. CAMASSAR

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860)525-5361    FAX (860)525-4849    JURIS NO. 24029

2