FILED

2005 APR 20  A 8: 16

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK FOX, ADMINISTRATOR<br>FOR THE ESTATE OF FALAN FOX | : | CIVIL ACTION NO.<br>3:02CV1202(PCD) |
| VS. | : | |
| RICKY SMOLICZ, ET AL, | : | MARCH 24, 2005 |

### MOTION FOR SUMMARY JUDGMENT OF DEFENDANT/APPORTIONMENT DEFENDANT RYAN IRON WORKS, INC.

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules, the defendant/apportionment defendant **Ryan Iron Works, Inc.,** hereby moves for summary judgment, for the reason that there are no genuine issues of material fact that the claim against it are barred by the applicable statute of limitations, Conn. Gen. Stat. § 52-584. These reasons are more fully explained in the attached Memorandum of Law. The undersigned also attaches hereto a Local Rule 56 Statement of Undisputed Facts, and affidavit of Howard Shea, President of Ryan Iron Works.

Wherefore, Ryan Iron Works respectfully moves for summary judgment as to the plaintiff's Second Amended Complaint and the Apportionment Complaints of defendants

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

Smolicz, Nardozzi and the Borough of Naugatuck.

>DEFENDANT/APPORTIONMENT DEFENDANT:
>**Ryan Iron Works, Inc.**
>
>By: _____
>Scott D. Camassar (ct16160)
>Gordon, Muir and Foley, LLP

## ORDER

The foregoing Motion having been duly heard it is hereby ORDERED: GRANTED/DENIED.

>By THE COURT
>
>_____
>Judge

## CERTIFICATION

     This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on March 24, 2005:

William P. Yelenak, Esq.  
Garrett M. Moore, Esq.  
Moore, O'Brien, Jacques & Yelenak  
700 W. Johnson Avenue, Suite 207  
Cheshire, CT  06410

Edward G. Fitzpatrick, Esq.  
Fitzpatrick & Mariano  
203 Church Street  
Naugatuck, CT  06770

Scott M. Karsten, Esq.  
Nichole D. Dorman, Esq.  
Sack, Spector & Karsten  
836 Farmington Avenue, Suite 221  
West Hartford, CT  06119-1544

Peter D. Clark, Esq.  
Law Offices of Peter D. Clark  
525 Bridgeport Avenue  
Shelton, CT  06484

Timothy W. Donahue, Esq.  
Steven Barry, Esq.  
Donahue, Durham & Noonan  
741 Boston Post Rd.  
Guilford, CT, 06437

John T. Harris, Esq.  
Shipman & Goodwin  
One American Row  
Hartford, CT  06103-2819

Kenneth J. Mulvey, Jr., Esq.  
David J. Crotta, Jr., Esq.  
Mulvey, Oliver Gould & Crotta  
83 Trumbull Street  
New Haven, CT  06511

_____  
**SCOTT D. CAMASSAR**