FILED

2005 APR 20  A 8: 18

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK FOX, ADMINISTRATOR | | |
| FOR THE ESTATE OF FALAN FOX | : | CIVIL ACTION NO. |
| | : | 3:02CV1202(PCD) |
| VS. | : | |
| | : | |
| RICKY SMOLICZ, ET AL, | : | MARCH 23, 2005 |

**AFFIDAVIT OF HOWARD SHEA IN SUPPORT OF RYAN IRON WORKS, INC.'S MOTION FOR SUMMARY JUDGMENT**

COMMONWEALTH OF MASSACHUSETTS)
                              )ss:   Raynham
COUNTY OF  BRISTOL            )

The undersigned, having been duly sworn, deposes on oath and states:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am President of Ryan Iron Works, Inc. and make this affidavit in support of its Motion for Summary Judgment.

3. Ryan Iron Works, Inc. fabricated and erected the cells in the Naugatuck Police Department.

4. Ryan Iron Works, Inc.'s work at the Naugatuck Police Department was done pursuant to a contract with the Borough of Naugatuck dated February 15, 1995.

5.  The cells in question were shipped to Naugatuck on or about August 23, 1995 and erected in the jail from August 28-September 8, 1995. Upon completion of this work on September 8, 1995, Ryan Iron Works, Inc. completed its contractual responsibilities.

ATTEST:

*Howard F. Shea*
Howard F. Shea, President
Ryan Iron Works, Inc.

Subscribed and sworn to before me this 23 day of March, 2005.

*Charlene A. Diauto*
Notary Public
Commissioner of the Superior Court