FILED

2005 APR 20  A 8: 17

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR
FOR THE ESTATE OF FALAN FOX       :       CIVIL ACTION NO.
                                  :       3:02CV1202(PCD)
VS.                               :
                                  :
                                  :
RICKY SMOLICZ, ET AL,             :       MARCH 24, 2005

**DEFENDANT/APPORTIONMENT DEFENDANT RYAN IRON WORKS, INC.'S
LOCAL RULE 56 STATEMENT OF MATERIAL FACTS NOT IN ISSUE**

The undersigned defendant/apportionment defendant, Ryan Iron Works, Inc., hereby submits this statement of material facts as to which no genuine issue exists, in support of its Motion for Summary Judgment:

1.   Ryan Iron Works, Inc. fabricated and erected the cells in the Naugatuck Police Department. See Affidavit of Howard Shea.

2.   Ryan Iron Works, Inc.'s work at the Naugatuck Police Department was done pursuant to a contract with the Borough of Naugatuck dated February 15, 1995. See Affidavit of Howard Shea; compliance with defendant's Request for Disclosure and Production dated 8/22/03.

3.   The cells in question were shipped to Naugatuck on or about August 23, 1995 and erected in the jail from August 28-September 8, 1995. Upon completion of this work on September 8, 1995, Ryan Iron Works, Inc. completed its contractual responsibilities. See

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860)525-5361            FAX (860)525-4849            JURIS NO. 24029

Affidavit of Howard Shea; compliance with defendant's Request for Disclosure and Production dated 8/22/03.

4. The plaintiff's decedent committed suicide on July 22, 2000, over 4 years and 10 months after Ryan Iron Works completed its work on the cells. See Second Amended Complaint.

DEFENDANT/APPORTIONMENT DEFENDANT:
**Ryan Iron Works, Inc.**

By: _____
Scott D. Camassar (ct16160)
Gordon, Muir and Foley, LLP
10 Columbus Blvd.
Hartford, CT 06106
860-525-5361/fax 860-525-4849

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on March 24, 2005:

William P. Yelenak, Esq.
Garrett M. Moore, Esq.
Moore, O'Brien, Jacques & Yelenak
700 W. Johnson Avenue, Suite 207
Cheshire, CT  06410

Edward G. Fitzpatrick, Esq.
Fitzpatrick & Mariano
203 Church Street
Naugatuck, CT  06770

Scott M. Karsten, Esq.
Nichole D. Dorman, Esq.
Sack, Spector & Karsten
836 Farmington Avenue, Suite 221
West Hartford, CT  06119-1544

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT  06484

Timothy W. Donahue, Esq.
Steven Barry, Esq.
Donahue, Durham & Noonan
741 Boston Post Rd.
Guilford, CT, 06437

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT  06103-2819

Kenneth J. Mulvey, Jr., Esq.
David J. Crotta, Jr., Esq.
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT  06511

_____
SCOTT D. CAMASSAR