UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, ADMINISTRATOR OF : | CIVIL ACTION NO. |
| THE ESTATE OF FALAN FOX : | 3:02 CV 01202 (PCD) |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | |
| RICHARD SMOLICZ, SHELLEY : | |
| NARDOZZI, DENNIS CLISHAM, : | |
| BOROUGH OF NAUGATUCK, : | |
|     Defendants and : | |
|     Apportionment Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| KAESTLE BOOS ASSOCIATES, INC., : | |
| RYAN IRON WORKS, INC. AND : | |
| GUNNOUD CONSTRUCTION CO., INC. : | |
|     Apportionment Defendants. : | MAY 26, 2005 |

<u>**APPORTIONMENT DEFENDANT KAESTLE BOOS ASSOCIATES, INC.'S**
**MOTION FOR SUMMARY JUDGMENT AS TO**
**SECOND AMENDED AND APPORTIONMENT COMPLAINTS**</u>

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules, the defendant/apportionment defendant Kaestle Boos Associates, Inc. (hereinafter referred to as "Kaestle Boos") hereby moves for summary judgment against the plaintiff, Mark Fox, administrator of the estate of Falan Fox, and the defendants and

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

apportionment plaintiffs, Richard Smolicz, Shelley Nardozzi, Dennis Clisham and Borough of Naugatuck, for the reason that there are no genuine issues of material fact regarding the liability of Kaestle Boos.  On April 4, 2005, after multiple delays in the proceedings, the Court established a Scheduling Order requiring plaintiff and defendants/apportionment plaintiffs to disclose their expert witnesses as against Kaestle Boos by April 30, 2005.  Such expert testimony is required in order to establish both the standard of skill and care applicable and that Kaestle Boos failed to conform to such standard to sustain plaintiff's and apportionment plaintiffs' claims against Kaestle Boos for professional negligence with regards to Falan Fox's suicide on July 22, 2000 while a detainee under the custody and control of the Naugatuck police.  The failure to disclose an expert witness by the Court-appointed deadline is fatal to the plaintiff's and the defendants/apportionment plaintiffs' case.  Kaestle Boos is therefore entitled to a judgment as a matter of law.

In support of its Motion for Summary Judgment, Kaestle Boos has attached hereto a Memorandum of Law and Affidavit of Charles W. Boos. The undersigned also attaches hereto a Local Rule 56(a)(1) Statement.

Wherefore, Kaestle Boos respectfully moves for summary judgment as to the claims alleged against Kaestle Boos in plaintiff's Second Amended Complaint and the

2

**SHIPMAN & GOODWIN**® LLP • *COUNSELORS AT LAW*
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

Apportionment Complaints of defendants/apportionment plaintiffs Rick Smolicz, Shelley Nardozzi, Dennis Clisham and the Borough of Naugatuck.

                                      DEFENDANT,
                                      KAESTLE BOOS ASSOCIATES, INC.,

                             By _____/s/ John T. Harris_____
                                 John T. Harris
                                 Federal Bar No. ct04306
                                 Shipman & Goodwin
                                 One Constitution Plaza
                                 Hartford, CT 06103-1919
                                 Phone: (860) 251-5000
                                 Fax: (860) 251-5218
                                 Its Attorneys

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

<u>ORDER</u>

The foregoing Motion, having been heard, it is hereby ORDERED: GRANTED/DENIED.

BY THE COURT

_____
Judge/Assistant Clerk

SHIPMAN & GOODWIN® LLP • *COUNSELORS AT LAW*
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Kaestle Boos' Motion for Summary Judgment was mailed via first class U.S. mail, postage prepaid, this 26th day of May, 2005, to:

Timothy W. Donahue, Esq.
Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Scott D. Camassar, Esq.
Kenneth G. Williams, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

Peter D. Clark
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

William P. Yelenak, Esq.
Moore, O'Brien, Jacques &
Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT 06410

Scott M. Karsten, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT 06770

David J. Crotta, Jr., Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

John T. Harris

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385