UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, ADMINISTRATOR OF THE ESTATE OF FALAN FOX<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:02 CV 01202 (PCD)<br>:<br>: |
| v. | :<br>: |
| RICHARD SMOLICZ, SHELLEY NARDOZZI, DENNIS CLISHAM, BOROUGH OF NAUGATUCK,<br>    Defendants and<br>    Apportionment Plaintiffs, | :<br>:<br>:<br>:<br>:<br>: |
| v. | :<br>: |
| KAESTLE BOOS ASSOCIATES, INC., RYAN IRON WORKS, INC. AND GUNNOUD CONSTRUCTION CO., INC.<br>    Apportionment Defendants. | :<br>:<br>:<br>: MAY 26, 2005 |

### DEFENDANT/APPORTIONMENT DEFENDANT KAESTLE BOOS ASSOCIATES, INC.'S LOCAL RULE 56(a)(1) STATEMENT OF MATERIAL FACTS NOT IN ISSUE

Pursuant to Local Rule of Civil Procedure 56(a)(1), the undersigned defendant/apportionment defendant, Kaestle Boos Associates, Inc. ("Kaestle Boos"), hereby submits this Statement of Material Facts as to which no genuine issue exists in support of its Motion for Summary Judgment:

1. Kaestle Boos was the architectural firm retained by the Borough of Naugatuck to design and did design the Naugatuck Police Department facility in Naugatuck, Connecticut, the design of which facility included the detention cell in which the plaintiff's decedent, Falan Fox, committed suicide. (Affidavit of Charles W. Boos dated May 25, 2005, ¶¶ 3 and 4.)

2. Kaestle Boos provided construction administration services in connection with the construction of the said Naugatuck Police Department facility in Naugatuck, Connecticut. (Affidavit of Charles W. Boos dated May 25, 2005, ¶ 4.)

3. The apportionment complaints filed by the defendants Richard Smolicz, Shelley Nardozzi, Dennis Clisham and Borough of Naugatuck and the Second Amended Complaint allege claims against Kaestle Boos for professional negligence. (Apportionment Complaints dated October 29, 2002, November 1, 2002 and November 7, 2002, Count One; Second Amended Complaint, Seventh Count.)

4. On or about April 4, 2005 the court entered a certain Scheduling Order requiring the "Town Defendants" (Smolicz, Nardozzi, Clisham and Borough of Naugatuck) to disclose the name of any expert witness against Kaestle Boos on or before April 30, 2005. Such Order also required the plaintiff to disclose all remaining experts

(including any pertaining to Kaestle Boos) by April 30, 2005. (Scheduling Order dated April 4, 2005.)

5. Plaintiff and defendants/apportionment plaintiffs have failed to disclose any expert who will testify as to the standard of care applicable to Kaestle Boos and Kaestle Boos' alleged failure to conform to such standard of care in connection with the design of the detention cell at the Borough of Naugatuck Police Department facility in which the plaintiff's decedent, Falan Fox, committed suicide. (Affidavit of John T. Harris dated May 25, 2005.)

DEFENDANT/APPORTIONMENT DEFENDANT,
KAESTLE BOOS ASSOCIATES, INC.,

By _____
John T. Harris
Federal Bar No. ct04306
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax: (860) 251-5218
Its Attorneys

403407 v.01

3

**SHIPMAN & GOODWIN**® LLP • *COUNSELORS AT LAW*
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

CERTIFICATION OF SERVICE

     I hereby certify that a copy of the foregoing Defendant/Apportionment Defendant Kaestle Boos Associates, Inc.'s Local Rule 56(a)(1) Statement of Material Fact Not in Issue was mailed via first class U.S. mail, postage prepaid, this 26th day of May, 2005, to:

Timothy W. Donahue, Esq.
Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437

Peter D. Clark
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT  06484

Scott M. Karsten, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT  06107

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT  06770

David J. Crotta, Jr., Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT  06511

Scott D. Camassar, Esq.
Kenneth G. Williams, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT  06106-1976

William P. Yelenak, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT  06410

_____
John T. Harris

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385