UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK FOX, ADMINISTRATOR OF THE ESTATE OF FALAN FOX<br>    Plaintiff, | : : : | CIVIL ACTION NO.<br>3:02 CV 01202 (PCD) |
| v. | : | |
| RICHARD SMOLICZ, SHELLEY NARDOZZI, DENNIS CLISHAM, BOROUGH OF NAUGATUCK,<br>    Defendants and<br>    Apportionment Plaintiffs, | : : : : : | |
| v. | : | |
| KAESTLE BOOS ASSOCIATES, INC., RYAN IRON WORKS, INC. AND GUNNOUD CONSTRUCTION CO., INC.<br>    Apportionment Defendants. | : : : : | MAY 26, 2005 |

## CERTIFICATE OF COMPLIANCE

The defendant/apportionment defendant, Kaestle Boos Associates, Inc., hereby certifies that it has complied with the Supplemental Order for Motion Filing Procedure

Before Judge Dorsey by serving copies of its Motion for Summary Judgment and Memorandum in Support Thereof on all counsel of record on May 26, 2005.

DEFENDANT/APPORTIONMENT DEFENDANT,
KAESTLE BOOS ASSOCIATES, INC.,

By _____
John T. Harris
Federal Bar No. ct04306
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax: (860) 251-5218
Its Attorneys

2

SHIPMAN & GOODWIN® LLP • *COUNSELORS AT LAW*
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing Certificate of Compliance was mailed via first class U.S. mail, postage prepaid, this 26th day of May, 2005, to:

Timothy W. Donahue, Esq.  
Steven M. Barry, Esq.  
Donahue, Durham & Noonan, P.C.  
741 Boston Post Road  
Guilford, CT 06437

Scott D. Camassar, Esq.  
Kenneth G. Williams, Esq.  
Gordon, Muir & Foley  
Hartford Square North  
10 Columbus Blvd.  
Hartford, CT 06106-1976

Peter D. Clark  
Law Offices of Peter D. Clark  
525 Bridgeport Avenue  
Shelton, CT 06484

William P. Yelenak, Esq.  
Moore, O'Brien, Jacques & Yelenak  
700 West Johnson Avenue  
Suite 207  
Cheshire, CT 06410

Scott M. Karsten, Esq.  
Karsten & Dorman, LLC  
29 South Main Street  
West Hartford, CT 06107

Edward G. Fitzpatrick, Esq.  
Fitzpatrick, Mariano & Santos, P.C.  
203 Church Street  
Naugatuck, CT 06770

David J. Crotta, Jr., Esq.  
Mulvey, Oliver, Gould & Crotta  
83 Trumbull Street  
New Haven, CT 06511

                                      _____  
                                      John T. Harris

403407 v.01

3

**SHIPMAN & GOODWIN® LLP • *COUNSELORS AT LAW***  
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385