UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, ADMINISTRATOR OF THE ESTATE OF FALAN FOX | : CIVIL ACTION NO.<br>: 3:02CV01202 (PCD) |
| Plaintiff, | : |
| v. | : |
| RICHARD SMOLICZ, ET AL. | : |
| Defendants. | : JUNE 20, 2005 |

CERTIFICATE OF COMPLIANCE

Defendant/Apportionment Defendant, Kaestle Boos Associates, Inc. ("Kaestle Boos"), hereby certifies that it has complied with the Supplemental Order for Motion Filing Procedure Before Judge Dorsey by serving copies of its Motion for Summary Judgment and Memorandum in Support thereof on all counsel of record on May 26, 2005. Under the Court's Supplemental Order, any opposition or stipulation was to be served on Kaestle Boos within 21 days of May 26, 2005, or June 16, 2005.

Kaestle Boos certifies that to date it has not received any opposition or stipulation to its Motion for Summary Judgment from any party to this action. Therefore, Kaestle Boos requests that its Motion for Summary Judgment be granted.

DEFENDANT AND APPORTIONMENT
DEFENDANT, KAESTLE BOOS
ASSOCIATES, INC.,

By _____
John T. Harris
Federal Bar No. ct04306
For Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Phone: (860) 251-5000
Fax: (860) 251-5600
Its Attorneys

2

CERTIFICATION OF SERVICE

     I hereby certify that a copy of the foregoing Certificate of Compliance was mailed via first class U.S. mail, postage prepaid, this 20th day of June, 2005 to:

Timothy W. Donahue, Esq.
Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT  06484

Scott M. Karsten, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT  06107

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT  06770

David Crotta, Jr., Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT  06511

William P. Yelenak, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT  06410-1135

Scott D. Camassar, Esq.
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT  06106-1976

/s/ John T. Harris
John T. Harris

330568 v.01

SHIPMAN & GOODWIN® LLP • *COUNSELORS AT LAW*
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385