UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK FOX, ADMINISTRATOR | | |
| FOR THE ESTATE OF FALAN FOX | : | CIVIL ACTION NO. |
| | : | 3:02CV1202(PCD) |
| VS. | : | |
| | : | |
| RICKY SMOLICZ, ET AL, | : | JUNE 21, 2005 |

**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY RYAN IRON WORKS, INC.**

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules, the defendant/apportionment defendant **Ryan Iron Works, Inc.,** respectfully submits this Reply Memorandum in response to the Objection to Motion for Summary Judgment filed by the defendants/apportionment plaintiffs, Borough of Naugatuck and Dennis Clisham. The said Objection is untimely, in that the undersigned party served its Motion for Summary Judgment and supporting papers on March 24, 2005. When no response was received within the prescribed period in which to respond, the papers were filed with the Court. In addition, the undersigned party relied on the representations of opposing counsel that the summary judgment motions filed by Ryan Iron Works, Gunnoud Construction, and Kaestle Boos, would not be opposed. As a result and in reliance on these representations, the undersigned party did not disclose expert witnesses to defend the claims against it. Accordingly, the undersigned objects to the late-filed Objection to

Motion for Summary Judgment, and respectfully requests that the Court enter summary judgment in favor of Ryan Iron Works as to the plaintiff's Second Amended Complaint and the Apportionment Complaints of defendants Smolicz, Nardozzi, Clisham and the Borough of Naugatuck.

                        DEFENDANT/APPORTIONMENT DEFENDANT:
                        **Ryan Iron Works, Inc.**


By: _____
    Scott D. Camassar (ct16160)
    Gordon, Muir and Foley, LLP
    10 Columbus Blvd.
    Hartford, CT 06106
    860-525-5361/fax 860-525-4849

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on June 21, 2005:

William P. Yelenak, Esq.
Garrett M. Moore, Esq.
Moore, O'Brien, Jacques & Yelenak
700 W. Johnson Avenue, Suite 207
Cheshire, CT  06410

Edward G. Fitzpatrick, Esq.
Fitzpatrick & Mariano
203 Church Street
Naugatuck, CT  06770

Scott M. Karsten, Esq.
Nichole D. Dorman, Esq.
Sack, Spector & Karsten
836 Farmington Avenue, Suite 221
West Hartford, CT  06119-1544

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT  06484

Timothy W. Donahue, Esq.
Steven Barry, Esq.
Donahue, Durham & Noonan
741 Boston Post Rd.
Guilford, CT, 06437

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT  06103-2819

Kenneth J. Mulvey, Jr., Esq.
David J. Crotta, Jr., Esq.
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT  06511

_____
SCOTT D. CAMASSAR