UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK FOX, ADMINISTRATOR
OF THE ESTATE OF FALAN FOX

    PLAINTIFFS,                                CIVIL ACTION NO. 3:02CV01202(PCD)

VS.

RICKY SMOLICZ, ET AL.

    DEFENDANT                                    JULY 21, 2005

**MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN REPLY TO THE BOROUGH OF NAUGATUCK AND DENNIS CLISHAM'S OBJECTION TO GUNNOUD CONSTRUCTION'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's Supplemental Order, the apportionment defendant, Gunnoud Construction ("Gunnoud"), respectfully moves for leave of the Court to file the attached Memorandum of Law in Reply to the Borough of Naugatuck and Dennis Clisham's Objection to Gunnoud's Motion for Summary Judgment. Gunnoud moves for leave to file the attached Reply to address the substantive arguments raised in the aforementioned Objection.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANT/
APPORTIONMENT DEFENDANT,
GUNNOUD CONSTRUCTION CO., INC.


BY:_____
DAVID J. CROTTA, JR.
MULVEY, OLIVER, GOULD & CROTTA
83 TRUMBULL STREET
NEW HAVEN, CT  06511
(203) 624-5111
FED. ID. NO.: CT 03235


## ORDER

The foregoing Motion having been heard, it is hereby **ORDERED**:

**GRANTED/DENIED**

_____BY THE COURT,



_____CLERK/JUDGE

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on July 21, 2005, to:

Timothy W. Donahue, Esq.
Steven M. Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Scott M. Karsten, Esq.
Attorney Nicole D. Dorman
Sack, Spector & Karsten
836 Farmington Avenue
Suite 221
West Hartford, CT 06119-1544

Edward G. Fitzpatrick, Esq.
Fitzpatrick, Mariano & Santos, P.C.
203 Church Street
Naugatuck, CT 06770

Scott D. Camassar, Esq.
Kenneth G. Williams, Esq.
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

William P. Yelenak, Esq.
Moore, O'Brien, Jacques & Yelenak
700 West Johnson Avenue
Suite 207
Cheshire, CT 06410

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

_____
DAVID J. CROTTA, JR.

\\Ntserver\mog\MO&G\Active\Jefferson Ins. Group 005120\Gunnoud v. Fox DJC 2\Pleadings\mot for leave 7-20-05.wpd