# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

_____
:
MARK FOX, Administrator :
of the ESTATE OF FALAN FOX :
:
VS. : CIVIL ACTION NO.
: 3:02CV1202 (PCD)
RICKY SMOLICZ, Individually and in his :
official capacity, SHELLEY NARDOZZI, :
Individually and in her official capacity; :
DENNIS CLISHAM, Individually and in :
his official capacity; and the BOROUGH : JULY 29, 2005
OF NAUGATUCK :
_____ :

### PLAINTIFF'S OBJECTION TO THE BOROUGH OF NAUGATUCK'S AND DENNIS CLISHAM'S OBJECTION TO GUNNOUD CONSTRUCTION'S AND RYAN IRONWORKS' MOTION FOR SUMMARY JUDGMENT

The plaintiff in the above-captioned matter hereby objects to the untimely filing of the objections filed by the Borough of Naugatuck and Dennis Clisham to the motions for summary judgment filed by the apportionment defendants, Gunnoud Construction and Ryan Ironworks.

By way of background, Gunnoud Construction, as an apportionment defendant, served copies of its motion for summary judgment in memorandum on all counsel of record and filed a certificate of compliance with the court indicating that motion had been served on all parties. On April 13, 2005, Gunnoud filed a

certificate of compliance in accordance with this court's order that it had not received any opposition to the motion and that the motion should be granted. Similarly, Ryan Ironworks served its motion for summary judgment on March 24, 2005. No opposition was filed to that motion within twenty-one (21) days, and that motion was then filed with the court with the proper certification.

Moreover, counsel for the apportionment plaintiffs, Borough of Naugatuck and Dennis Clisham, had represented to counsel that no opposition would be filed to the motions for summary judgment.

On June 20, 2005, over two months past the deadline, the apportionment plaintiff's, Borough of Naugatuck and Dennis Clisham, filed an objection to Gunnoud Construction's and Ryan Ironworks' motion for summary judgments. Moreover, the apportionment plaintiffs did not indicate to the court any good cause for filing the objections two months after the court scheduled deadline.

The plaintiff also relied on the fact that no opposition would be filed to the motion for summary judgments filed by these apportionment defendants. The plaintiff would be prejudiced if the court were to permit the apportionment plaintiff to file their objections at this late date. Accordingly, the undersigned objects to the late filed objections by the apportionment plaintiffs Borough of Naugatuck and

Dennis Clisham to the motions for summary judgment filed by the apportionment

defendants, Gunnoud Construction and Ryan Ironworks.

                                                THE PLAINTIFF,
                                                Mark Fox, Administrator of the Estate of
                                                Falan Fox


                                                By_____
                                                William P. Yelenak, Esq.  (CT 05491)
                                                Moore, O'Brien, Jacques & Yelenak
                                                700 West Johnson Avenue, Suite 207
                                                Cheshire, CT 06410-1135
                                                Telephone: (203) 272-5881

### **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on July 29, 2005 to:

Edward G. Fitzpatrick, Esq.,
Fitzpatrick & Mariano
203 Church Street
Naugatuck, Connecticut 06770

Scott Karsten, Esq.
Karsten & Dorman
West Hartford, CT 06107

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esq.

Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Ten Columbus Blvd.
Hartford, CT 06106-5123

Peter Clark, Esquire
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Steven Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

By_____
     William P. Yelenak