hUNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK FOX, Administrator<br>of the ESTATE OF FALAN FOX | :<br>:<br>:<br>: |
| VS. | : CIVIL ACTION NO.<br>: 302CV01202 (PCD) |
| RICKY SMOLICZ, Individually and in his<br>official capacity, SHELLEY NARDOZZI,<br>Individually and in her official capacity;<br>DENNIS CLISHAM, Individually and in<br>his official capacity; and the BOROUGH<br>OF NAUGATUCK | :<br>:<br>:<br>:<br>: FEBRUARY 15, 2006<br>: |

## **MOTION TO AMEND**

The plaintiff hereby moves, pursuant to Rule 15, to amend his complaint as set forth in the attached proposed Third Amended Complaint in accordance with the stipulation and consent of all parties.

Dated at Cheshire, Connecticut, this 15th day of February 2006.

PDF created with pdfFactory trial version www.pdffactory.com

PLAINTIFF, MARK FOX,
Administrator of the ESTATE OF
FALAN FOX,


By_____
    William P. Yelenak
    Fed. Bar #: 05491
    Moore, O'Brien,
    Jacques & Yelenak
    700 West Johnson Avenue,
    Suite 207
    Cheshire, CT 06410
    Telephone: (203) 272-5881

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on February 15, 2006 to:

Edward G. Fitzpatrick, Esq.,
Fitzpatrick & Mariano
203 Church Street
Naugatuck, Connecticut 06770

Scott Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Ten Columbus Blvd.
Hartford, CT 06106-5123

Peter Clark, Esquire
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Steven Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

By_____
      William P. Yelenak

PDF created with pdfFactory trial version www.pdffactory.com