**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARK FOX, Administrator<br>of the ESTATE OF FALAN FOX<br><br>VS.<br><br>RICKY SMOLICZ, Individually and in his<br>official capacity, SHELLEY NARDOZZI,<br>Individually and in her official capacity;<br>DENNIS CLISHAM, Individually and in<br>his official capacity; and the BOROUGH<br>OF NAUGATUCK | CIVIL ACTION NO.<br>302CV01202 (PCD)<br><br><br><br><br><br>MARCH 1, 2006 |

**MOTION FOR VOLUNTARY DISMISSAL OF
STATE LAW CLAIMS WITHOUT PREJUDICE**

The plaintiff hereby moves for a voluntary dismissal of his remaining state law claims contained in the Third Amended Complaint without prejudice so that those claims can be re-filed in the Superior Court of the State of Connecticut in accordance with the stipulation and consent of all parties.

Dated at Cheshire, Connecticut, this 1st day of March 2006.

PDF created with pdfFactory trial version www.pdffactory.com

        PLAINTIFF, MARK FOX,
        Administrator of the ESTATE OF
        FALAN FOX,


By_____
    William P. Yelenak
    Fed. Bar #: 05491
    Moore, O'Brien,
    Jacques & Yelenak
    700 West Johnson Avenue,
    Suite 207
    Cheshire, CT 06410
    Telephone: (203) 272-5881

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on March 1, 2006 to:

Edward G. Fitzpatrick, Esq.,
Fitzpatrick & Mariano
203 Church Street
Naugatuck, Connecticut 06770

Scott Karsten, Esq.
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

John T. Harris, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Crotta, Esq.
Mulvey, Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511

Scott D. Camassar, Esq.
Gordon, Muir & Foley
Ten Columbus Blvd.
Hartford, CT 06106-5123

Peter Clark, Esquire
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Steven Barry, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

By_____
      William P. Yelenak